JS-6

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTANISLAO F. OBISPO, JR.,<br>Plaintiff,<br>v.<br>UNITED STATES POSTAL SERVICE, et al.,<br>Defendant. | No. 2:20-cv-02426-JAK (MAAx)<br><br>**JUDGMENT**<br>**JS-6: Case Closed** |

On October 24, 2022, a hearing on Plaintiff's Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment was held. Dkt. 61. On August 19, 2026, Plaintiff's Motion for Summary Judgment was denied, and Defendants' Cross-Motion for Summary Judgment was granted. Dkt. 63 ("Order"). Pursuant to that Order, Defendants timely lodged a proposed judgment, including an attestation by Plaintiff approving the form of the proposed judgment. Dkt. 64. Accordingly,

IT IS SO ORDERED AND ADJUDGED that:

(1) Plaintiff's Motion for Summary Judgment is denied in its entirety;

(2) Defendants' Cross-Motion for Summary Judgment is granted in its entirety.

(3) Plaintiff shall take nothing against Defendants; and

(4) Judgment is entered for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: September 4, 2026

John Kronstadt
United States District Judge